

ENTERED
02/28/2008

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re: § Case No. 05-45095
§
The Village Cafe, Inc. §
§ #24
§
Debtor(s). §

### Order for Payment of Unclaimed Funds

Upon the application of _Sierra Funds Recovery, Inc. Attorney in Fact for CopperwoodGP,Inc._

seeking payment of $2,413.56 representing funds previously unclaimed by

COPPERWOOD SHOPPING CTR.LLP
c/o GULFCOAST
3501 SW FAIRLAWN, STE 200
TOPEKA KS 66614

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that CopperwoodGP,Inc. is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $ $2,413.56 to:

CopperwoodGP,Inc.
c/o Sierra Funds Recovery, Inc.
10123 Main Place, STE. B
Bothell, WA 98011-3402

Signed this ___day of    FEB 28 2008 .

_____
United States Bankruptcy Judge